# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF ALABAMA
# SOUTHERN DIVISION

| | |
|---|---|
| **FARMERS INSURANCE EXCHANGE,** | ) ) ) |
| **Plaintiff** | ) ) |
| vs. | ) ) Case No.  2:08-CV-2378-VEH |
| **MARTHA KIDD, et al.,** | ) ) ) |
| **Defendants** | ) |

## O R D E R

On August 26, 2009, the magistrate judge's report and recommendation was entered and the parties were allowed therein eleven (11) days in which to file objections to the recommendations made by the magistrate judge. No objections have been filed by either the plaintiff or the defendants.

After careful consideration of the record in this case and the magistrate judge's report and recommendation, the court hereby ADOPTS the report of the magistrate judge.  The court further **ACCEPTS** the recommendations of the magistrate judge, and it is, therefore,

**ORDERED**, **ADJUDGED** and **DECREED** that plaintiff's Motions for Default Judgment against defendants Cirilo Trujillo Reyes, Martha Kidd, Edward

Aaron, Cindy Silva, as Personal Representative of the Estate of Hubert Diaz-Pimenta, Estate of Angel Cardenas and Roger Delgado, for failure to answer or otherwise respond to plaintiff's complaint for declaratory judgment (Docs. #24, 40, 41, 42, 43 & 48) are due to be **GRANTED**.  A separate final judgment will be entered contemporaneously herewith.

   The Clerk is **DIRECTED** to mail a copy of this order to each defendant at the address at which service was executed on each such defendant.

   **DONE** this the 17th day of September, 2009.

 

**VIRGINIA EMERSON HOPKINS**
United States District Judge